**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DAVID ANDREW NEALY,                     :        Civil No. 3:26-cv-217

        Petitioner                     :        (Judge Mariani)

v.                                       :

WARDEN OF SCI-SOMERSET,                  :
PA STATE ATTORNEY GENERAL,               :

        Respondents                    :

## ORDER

**AND NOW**, this ___11th___ day of June, 2026,  upon consideration of the petition for

writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and in accordance with the

Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1.   The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED** as time-barred by the statute of limitations.  *See* 28 U.S.C. § 2244(d).

2.   The Clerk of Court is directed to **CLOSE** this case.

3.   There is no basis for the issuance of a certificate of appealability.  *See* 28 U.S.C. § 2253(c).

 

Robert D. Mariani
United States District Judge